HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROSELYN MIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSELYN MIMS,<br><br>Defendant. | Case No.  2:24-cr-00269-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE:  February 11, 2025<br>TIME:    9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Nicole Moody, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Roselyn Mims, that the sentencing hearing currently set for February 11, 2025, be continued to April 8, 2025, at 9:30 a.m.

The reason for the continuance is that the Presentence Interview has not taken place and is currently scheduled for January 28, 2025. U.S Probation joins in the request to move the date to April 8, 2025.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Draft Presentence Report Due:                                          **February 25, 2025**

Informal Objections to Presentence Report Due:             **March 11, 2025**

| | |
|---|---|
| Final Presentence Report Due: | **March 18, 2025** |
| Formal Objections to Presentence Report Due: | **March 25, 2025** |
| Reply/Non-Opposition due: | **April 1, 2025** |
| Judgment & Sentencing due: | **April 8, 2025** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 13, 2025

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
ROSELYN MIMS

Date: January 13, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nicole Moody*
NICOLE MOODY
Special Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

The sentencing hearing currently set for February 11, 2025, is **CONTINUED** to **April 08, 2025, at 9:00 a.m.**  The PSR schedule is **MODIFIED** as requested in the parties' Stipulation.

**IT IS SO ORDERED.**

Dated: January 15, 2025              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE