HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROSELYN MIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSELYN MIMS,<br><br>Defendant. | Case No.   2:24-cr-00269-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE:  April 8, 2025<br>TIME:    9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Nicole Moody, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Roselyn Mims, that the sentencing hearing currently set for April 8, 2025, be continued to **July 15, 2025, at <u>9:00 a.m.</u>**

The reason for the continuance is that Ms. Mims would like to start pre-paying restitution. U.S Probation joins in the request to move the date to July 15, 2025.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | **June 10, 2025** |
| Informal Objections to Presentence Report Due: | **June 17, 2025** |
| Final Presentence Report Due: | **June 24, 2025** |

| | |
|---|---|
| Formal Objections to Presentence Report Due: | **July 1, 2025** |
| Reply/Non-Opposition due: | **July 8, 2025** |
| Judgment & Sentencing due: | **July 15, 2025** |

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: February 25, 2025        */s/ Noa E. Oren*
                              NOA E. OREN
                              Assistant Federal Defender
                              Attorney for Defendant
                              ROSELYN MIMS

Date: February 25, 2025        MICHELE BECKWITH
                              Acting United States Attorney

                              */s/ Nicole Moody*
                              NICOLE MOODY
                              Special Assistant U.S. Attorney
                              Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: February 26, 2025              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE