HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROSELYN MIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROSELYN MIMS,<br><br>　　　　Defendant. | Case No.   2:24-cr-00269-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SELF SURRENDER DATE**<br><br>JUDGE: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Nicole Moody, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Roselyn Mims, that the self-surrender date currently set for October 7, 2025, be continued to **October 28, 2025, by 12:00 p.m.**

　　　Currently Ms. Mims has not had a designation selected for her self-surrender so the continuance will allow Ms. Mims time to be designated to a BOP and allowed to arrange travel needed for her self-surrender.

////

////

////

////

////

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 17, 2025 |   | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROSELYN MIMS |
| Date: September 17, 2025 |   | ERIC GRANT<br>United States Attorney |
|   |   | */s/ Nicole Moody*<br>NICOLE MOODY<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation. Defendant ROSELYN MIMS shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, before **12:00 PM, on Tuesday, October 28, 2025**. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

The Court reserves jurisdiction over this matter and will only change the date or time of voluntary surrender upon motion of either the defendant or the government with good cause appearing.

The Clerk is **DIRECTED** to serve the United States Marshal's Service with a copy of this order.

**IT IS SO ORDERED.**

Dated: September 18, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE